**Michael Lee DUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 52332.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1987.

Donald J. Hager, Public Defender, Farmington, for appellant.

William L. Webster, Atty. Gen., Colly Frissell-Durley, Asst. Attys. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Movant appeals from the denial of his second Rule 27.26 motion without an evidentiary hearing. The motion challenged his sentence of life imprisonment after having pled guilty to first degree murder.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).